Douglas W. Derello #P870868
Fourth Ave. Jail
201 S. 4th Ave.
Phoenix, AZ. 85003

FILED ___ LODGED
RECEIVED ___ COPY
AUG 1 4 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Douglas Wayne Derello, JR, | NO. CV-11-137-TUC-DCB |
| Plaintiff, | MOTION TO CORRECT |
| vs. | THE SPELLING OF SGT. |
| | CRAMBLIEN] TO CRAMBLIT. |
| Charles L. Ryan, et al., | |
| Defendant | JUDGE David C. Bury |

Comes now, Pro-se Plaintiff to motion the court for record and, further proceeding's to reflect the correct spelling for Defendant sgt. Crambli[N] to Cramblit.

Respectfully submitted this 8th day of August, 2012.

Douglas Derello, Jr.
Pro-se Douglas Derello, Jr. #P870868
Fourth Avenue Jail
201 S. 4th Ave.
Phx, Az. 85003

## CERTIFICATE OF SERVICE

The original mailed this
8th day of August, 2012
TO:

JUDGE David C. Bury

One copy
of the forgoing filed
this 8th day of August, 2012
TO:

Clerk of the District Court Tucson-Division

One copy
of the forgoing filed
this 8th day of August, 2012
TO:

Claudia A. Collings
Assistant Attorney General
177 N. Church Ave., Suite 1105
Tucson, AZ. 85701-1114

(2)

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date ___08/09/12_____,

I mailed the original and to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

✓ ____ Hon __D.C. Bury_____ United States District Court, District of Arizona.

____ Hon_____ United States District Court, District of Arizona.

✓ ____ Attorney General _C. Collings___, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney_____, Maricopa County, State of Arizona,

____ Public Defender _____, Maricopa County, State of Arizona.

____ Attorney _____

____ _____

*[signature]*
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                                          05/15/2012